UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MIRCAL,

                Plaintiff,

      -against-

MICHAEL FLACKS,

              Defendant.

------------------------------------------------------------X

25 **CIVIL** 0622 (GHW)


**JUDGMENT**


It is hereby **ORDERED, ADJUDGED, AND DECREED,** that for the reasons stated in the

Honorable Gregory H. Woods, United States District Judge's Memorandum Opinion & Order

dated December 11, 2025, judgment is entered against Defendant in the amount of (1)

€5,000,000 plus interest at a rate of 10% per annum accruing from October 3, 2024 for a sum of

€5,605,479.45, (2) €4,506,000 plus interest at a rate of 10% per annum accruing from December

31, 2024 for a sum of €4,941,785.75, and (3) $501,990.90.  Post-judgment interest on all monies

due will accrue at a daily rate of 0.00956% until Defendant complies with the judgment,

pursuant to 28 U.S.C. § 1961(a).  Accordingly, this case is closed.

**DATED**: New York, New York
         December 19, 2025

                             **TAMMI M. HELLWIG**

                               **Clerk of Court**

             BY:                  

                       **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/25