UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

                                      :

MIRCAL,                                  :

                                      :

                         Plaintiff,      :              1:25-cv-622-GHW

                                      :

               -v-                      :              ORDER

                                      :

MICHAEL FLACKS,                    :

                                      :

                      Defendant.   :

                                      :

------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On January 12, 2026, Defendant filed a motion to stay execution of the Court's December 11, 2025 judgment pending appeal. Dkt. No. 50. On January 22, 2026, Plaintiff filed its opposition. Dkt. No. 54. Pursuant to Local Civil Rule 6.1(b), Defendant's reply, if any, is due no later than January 29, 2026.

       SO ORDERED.

Dated: January 26, 2026
       New York, New York

                                        _____
                                           GREGORY H. WOODS
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/2026